

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00229-CR

---

STEPHANIE MICHELLE MORALES, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court No. F14-54458-H

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

MEMORANDUM OPINION

Stemming from a charge of unauthorized use of a motor vehicle, Stephanie Michelle Morales was placed on deferred adjudication community supervision by the Dallas County Criminal District Court Number 1 on July 7, 2014.[1]  In response to a motion to proceed to adjudication filed by the State in October 2014, the trial court entered an order on November 21, 2014, continuing Morales on deferred adjudication community supervision, but releasing her to the Dallas County Substance Abuse Felony Punishment Facility as a condition of that community supervision.  On that same date—November 21, 2014—Morales, acting pro se, filed a notice of appeal.

This Court lacks jurisdiction over an appeal from an order modifying the conditions of a defendant's community supervision.  *See Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision.")

On January 30, 2015, we informed Morales of the apparent defect in our jurisdiction over this appeal and afforded her the opportunity to respond and, if possible, to cure such defect.  On February 6, 2015, Morales, acting through appointed counsel, responded to our jurisdictional defect letter by conceding that there is no appellate jurisdiction in this matter.

---

[1]Originally appealed to the Fifth Court of Appeals in Dallas, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this Court on any relevant issue.  *See* TEX. R. APP. P. 41.3.

2

Because Morales has not timely perfected an appeal from an appealable order or final judgment, we dismiss the appeal for want of jurisdiction.

Ralph K. Burgess
Justice

Date Submitted:     February 11, 2015
Date Decided:       February 12, 2015

Do Not Publish